IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JEFFREY SCOTT CLEGG. #276457, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CASE NO. 2:16-CV-232-WHA | |
| | ) | | |
| DR. BRADFORD, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on September 29, 2016 (Doc. No. 30), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension until October 12, 2016 to file exhibits in support of his responses to the defendant's special reports.

DONE this 30th day of September, 2016.

/s/ Terry F. Moorer
UNITED STATES MAGISTRATE JUDGE